Case 07-23945    Filed 08/20/07    Doc 61

FILED
August 20, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000868763

1   ATTORNEY DEBT SOLUTIONS, PC.
2   Attorneys and Counselors-at-Law
    C. Roman Rector, SBN: 212244
3   Chad M. Johnson, SBN: 232417
    Kristen A. Koo, SBN: 230856
4   Joseph Feist, SBN: 249447
5   25 Cadillac Dr., Suite 200
    Sacramento, CA 95825
6   Tel: (916) 979-6100
    Fax: (916) 979-6120
7
8   Attorney for Debtor(s)
9

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 07-23945 |
| GONZALES, JAMES B | |
| GONZALES, ESTERLILY | NOTICE OF CHANGE OF ADDRESS |
| Debtor(s) | |

TO: THE U.S. TRUSTEE, THE CHAPTER 7 TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT JAMES & ESTERLILY GONZALES 's address has changed. His/her correct mailing address is as follows:

576 Pacific Dr.
Fairfield, CA 94533

All pleadings and papers should be served upon the debtor at the above listed mailing address, as well as to the debtor's attorney of record, Joseph Feist, at his address listed above.

DATED: 8/20/07

BY: _____
Joseph Feist
Attorney For Debtor(s)